UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| SHELLY VARNER AND PAMELA ELLIOTT, | ) )  |
| Plaintiffs, | ) ) **Docket No. 1:20-CV-00079** ) |
| v. | ) **JURY DEMAND** ) |
| GENERAL MOTORS LLC, | ) **Judge Campbell** ) **Magistrate Judge Holmes** |
| Defendant. | ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 21[1], and as indicated below by the respective signatures of the counsel of record for the parties in this action, the parties give notice that all matters between Plaintiff, Pamela Elliott, and Defendant, General Motors, LLC, have been compromised and settled. Accordingly, Plaintiff voluntarily dismisses all claims in this case against Defendant, without prejudice.

The parties have completed a Settlement Agreement; however, one key term of the resolution is that the settlement payments will be made in installments with the last installment to be paid on March 31, 2023. As such, the parties agree that this dismissal will become a dismissal with prejudice on April 1, 2023, after the final installment is received.

---

[1] The rule of procedure indicated by the Court in its Order. (ECF 48).

1

This stipulation does not conclude the above-captioned case in its entirety as Ms. Varner's case is still ongoing. It is also stipulated that the parties shall bear their own costs, attorneys' fees, and discretionary costs incurred in this litigation.

Respectfully submitted,

*/s Ashley Shoemaker Walter*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiff*

s/ *Benjamin P. Lemly (with permission)*
Luther Wright, Jr., TN BPR #017626
Benjamin P. Lemly, TN BPR #035225
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-687-2213
Facsimile: 615-254-1908
luther.wright@ogletree.com
benjamin.lemly@ogletree.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this the 25th day of May 2022 through the court's CM/ECF system and via email to Attorney for Defendant:

Luther Wright, Jr.
Benjamin P. Lemly
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-687-2213
Facsimile: 615-254-1908
luther.wright@ogletree.com
benjamin.lemly@ogletree.com

*Attorneys for Defendant*

                                                        *s/ Ashley Shoemaker Walter*
                                                        Ashley Shoemaker Walter